UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GWANA WALKER,
as Personal Representative for the
Estate of Vondre Gordon,　　　　　　　　　　No. 16-10468

　　　　　Plaintiff,　　　　　　　　　　　　District Judge Nancy G. Edmunds

v.　　　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

AMERICAN AIRLINES, INC.,

　　　　　Defendant.
_____/

**ORDER**

　　　　For the reasons and under the terms stated on the record on January 31, 2017, Plaintiff's motion for leave to take three depositions [Doc. #12] is GRANTED IN PART AND DENIED IN PART.

　　　　The motion is GRANTED insofar as Plaintiff may take the deposition of Defendant's rebuttal economic expert, Michelle McHale. Ms. McHale's deposition will be taken within 30 days of the date of this Order.

　　　　In all other respects, the motion is DENIED.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　s/R. Steven Whalen
　　　　　　　　　　　　　　　　　　　　R. STEVEN WHALEN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Dated: January 31, 2017

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 31, 2017, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager
